BEFORE THE FIRST DIVISION, MARCH 1, 1965

No. 69097.—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 318963–K (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plain transparent vinyl tape similar in all material respects to that the subject of Abstract 67888, the claim of the plaintiff was sustained.